UNITED STATES DISTRICT COURT
District of South Dakota
Western Division

FILED
APR 0 2 1999

CLERK

United States of America,
      Plaintiff

vs.

James Harvey SMITH, Jr.,
      Defendant

ORDER MODIFYING
SUPERVISED RELEASE
CR #:

  In the above-entitled matter, the probation officer having made an official report upon the conduct and adjustment of the defendant, and the defendant having been duly advised of the proposed modification of Supervised Release and having waived his rights pursuant to Rule 32.1, Federal Rules of Criminal Procedure, said written waiver having been filed with the Clerk of Court, and for good cause shown, it is hereby ORDERED THAT

1. The defendant shall participate in a program approved by and at the direction of the United States Probation Office for treatment of substance abuse, which will include testing to determine if defendant has reverted to the use of alcohol or drugs.
2. The defendant shall participate in a program of a residential substance abuse facility as instructed by his probation officer until discharged by the facility director.
3. The defendant shall undergo inpatient/outpatient psychiatric or psychological treatment, as directed by his U.S. Probation Officer.
4. The defendant shall reside and participate in a community corrections facility program, as directed by the probation officer, under the provisions of 18 U.S.C. 3563(b)(11) and (22). The defendant shall be classified as a prerelease case.
5. The defendant shall submit a sample of his blood, breath, or urine at the discretion or upon the request of the supervising probation officer.
6. The defendant shall participate in a program of domestic violence counseling, if available, as directed by the probation officer.

Dated this ___1st___ day of ___April___, '99.

BY THE COURT:

_____
for Honorable Richard H. Battey
United States Senior District Judge

ATTEST:

JOSEPH HAAS, Clerk

BY ___Carol L. Merrill___
Deputy

PROB 49-WAIVER.FRM
May 16, 1989

# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH DAKOTA

James Harvey SMITH,

## Waiver of Hearing to Modify Conditions of
## Probation or Supervised Release or Extend Term of Supervision

    I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my conditions of probation or supervised release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

    It is expressly understood that this waiver does not prohibit the use of incidents and/or allegations which form the basis of this waiver in future petitions for revocation of supervision or related hearings.

    I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my conditions of probation or supervised release or to the proposed extension of my term of supervision.

1. The defendant shall participate in a program approved by and at the direction of the United States Probation Office for treatment of substance abuse, which will include testing to determine if defendant has reverted to the use of alcohol or drugs.
2. The defendant shall participate in a program of a residential substance abuse facility as instructed by his probation officer until discharged by the facility director.
3. The defendant shall undergo inpatient/outpatient psychiatric or psychological treatment, as directed by his U.S. Probation Officer.
4. The defendant shall reside and participate in a community corrections facility program, as directed by the probation officer, under the provisions of 18 U.S.C. 3563(b)(11) and (22). The defendant shall be classified as a prerelease case.
5. The defendant shall submit a sample of his blood, breath, or urine at the discretion or upon the request of the supervising probation officer.
6. The defendant shall participate in a program of domestic violence counseling, if available, as directed by the probation officer.

Witness: [signature]  Signed: J. Harvey Smith
U.S. Probation Officer       Probationer or Supervised Releasee

3/31/99        3/31/99
Date           Date